UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | : | |
| DIAHANN C. CHINA | : | Case No. 24-11965 |
| | : | Chapter 13 |
| Debtor(s) | : | |

| | | |
|---|---|---|
| REGIONAL ACCEPTANCE CORPORATION | : | |
| Movant | : | |
| vs. | : | |
| DIAHANN C. CHINA | : | |
| Respondent(s) | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## FOR A 2022 MITSUBISHI OUTLANDER UTILITY 4D, VIN: JA4J4UA85NZ0802096

Regional Acceptance Corporation aka RAC by counsel, moves for Relief from the Automatic Stay, pursuant to 11 U.S.C. Section 362, and as grounds therefore states:

1. RAC is a corporation qualified to do business in Maryland and finances automobiles.

2. That Debtor, Diahann C. China, filed a Petition for Voluntary Bankruptcy under 11 U.S.C. Chapter 13, and an Order for relief has been entered thereon.

3. That this Court has jurisdiction over this action pursuant to 28 U.S.C. 157(a), 28 U.S.C. 1334 and, 11 U.S.C. 362.

4. Respondent is the owner of One (1) 2022 Mitsubishi Outlander Utility 4D SE AWD, Vehicle Identification Number JA4J4JUA85NZ082096.

5. On August 20, 2022, Respondent entered into a Retail Installment Agreement with Movant for the subject vehicle (copy attached). The term for the subject agreement is for 75 months. The current monthly payment is $977.84, payable each month in advance.

6. The monthly payments are presently delinquent post-petition.

7. The agreement also provides that Respondents are obligated for late charges and attorney's fees upon default (copy attached). The amount owed is $45,748.02 and the value is $22,225.00. Respondent has also failed to provide adequate proof of insurance.

9. Movant continues to incur expense for depreciation, and loss of use of the subject vehicle. The vehicle is depreciating in value, and your Movant is further unable to repossess and dispose of the vehicle or otherwise protect itself from continuing loss resulting from its inability to repossess and dispose of the vehicle due to the Automatic Stay.

10. Movant requests that the Court order relief from the Automatic Stay of Section 362 to permit Movant to take possession of its vehicle for cause, and that there is no adequate protection for Movant's interest nor any equity of Respondents in the subject vehicle.

**WHEREFORE**, your Movant prays as follows:

a. That the Automatic Stay be lifted as to Movant's enforcement of its rights under the agreement and applicable law, to take possession of, and sell the subject vehicle.

b. That your Movant have such other and further relief as the Court may deem just and proper.

/s/ Richard D. London
RICHARD D. LONDON         #03097
Richard D. London & Associates, PC
2441 Linden Lane
Silver Spring, MD 20910
(301) 588-6900; Fax: (240) 821-6855
rlondon@rlondonassoc.com
Attorney for Regional Acceptance Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2024, a copy of the foregoing Motion for Relief from Automatic Stay was mailed first class, postage-prepaid Diahann China, at 242 Candytuft Rd, Reisterstown, MD 211136; and to Eric S. Steiner by e.c.f to info@steinerlawgroup.com, Attorney for Debtor.

/s/ Richard D. London
RICHARD D. LONDON

Z:\Regional Acceptance Bankruptcy\2024\China, Diahann\MOTION FOR RELIEF (RAC).doc