RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE

OUR ISUZU IMPORTS INC
4414 BRANCH AVE
MARLOW HEIGHTS MD 20748
PG

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 18.00% | 23919.92 | 49521.60 | 73339.00 | 73338.00 |

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

Buyer Signs X _Carroll Chew_

ORIGINAL LIENHOLDER

1. **FINANCE CHARGE AND PAYMENTS**

2. **YOUR OTHER PROMISES TO US**

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

4. **WARRANTIES SELLER DISCLAIMS**

5. **Used Car Buyers Guide.**

6. **SERVICING AND COLLECTION CONTACTS**

7. **APPLICABLE LAW**

NOTICE TO BUYER(S) OF NEW VEHICLES: IF YOU ARE PURCHASING A NEW VEHICLE WHICH IS SUBJECT TO A MANUFACTURER'S EXPRESS WARRANTY AND THE VEHICLE DOES NOT CONFORM TO THAT WARRANTY DURING THE WARRANTY PERIOD, YOU MUST GIVE WRITTEN NOTICE OF THE NONCONFORMITY, DEFECT OR CONDITION TO THE MANUFACTURER OR FACTORY BRANCH DURING THE WARRANTY PERIOD BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN ORDER TO PRESERVE YOUR RIGHTS UNDER THE MARYLAND AUTOMOTIVE WARRANTY ENFORCEMENT ACT.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**ARBITRATION PROVISION**

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

3/13/24, 10:16 AM



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Regional Acceptance Corporation

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0000006434 |
| **Lienholder** | REGIONAL ACCEPTANCE CORP |
| **Lienholder Address** | P O BOX 277760 |
| | SACRAMENTO, CA 95827 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | JA4J4UA85NZ082096 | **Issuance Date** | 8/29/2022 |
| **Title Number** | 56533888 | **Received Date** | 8/29/2022 |
| **Title State** | MD | **ELT/Paper** | ELECTRONIC |
| **Year** | 2022 | **Odometer Reading** | 11 |
| **Make** | MITS | **Branding** | |
| **Model** | | | |
| **Owner 1** | CHINA, DIAHANN CARROLL | | |
| **Owner 2** | | | |
| **Owner Address** | ▇▇▇▇▇▇▇▇▇▇▇▇ | | |

**Printed:** Wednesday, March 13, 2024 7:15:59 AM PST