## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DIAHANN C. CHINA | : | Case No. 24-11965 |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

..................................................................................................

| | | |
|---|---|---|
| REGIONAL ACCEPTANCE CORPORATION | : | |
| P.O. Box 1847 | : | |
| Wilson, NC 27894 | : | |
| | : | |
| Movant | : | |
| vs. | : | |
| DIAHANN C. CHINA | : | |
| | : | |
| Respondent(s) | : | |

..................................................................................................

**NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON FOR A 2022 MITSUBISHI OUTLANDER UTILITY 4D SE, VIN: JA4J4UA85NZ082096**

Regional Acceptance Corporation aka RAC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362 (a) to enable it to proceed to take possession of, and enforce remedies, with respect to a 2022 Mitsubishi Outlander Utility 4D SE vehicle. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by August 14, 2024, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

> Richard D. London, Esquire
> 2441 Linden Lane
> Silver Spring, MD 20910

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled September 9, 2024 at 1:30pm am in Room 9-D of United States Bankruptcy Court, 101 West Lombard Street, Baltimore, MD 21201.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

DATE:

/s/ Richard D. London
Signature (Attorney or Movant if *pro se*)
(301) 588-6900

### CERTIFICATE OF SERVICE

I certify that on the 31st day of July, 2024, copies of the notice and Motion for Relief From Stay was mailed first class, postage-prepaid to Diahann C. China at 242 Candytuft Rd., Reisterstown, MD 21136; and to: Eric S. Steiner, by e.c.f to info@steinerlawgroup.com, Attorney for Debtor.

/s/ Richard D. London
RICHARD D. LONDON

Z:\Regional Acceptance Bankruptcy\2024\China, Diahann\NOTICE FOR MFR (Ch 13) (RAC).doc