# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

IN RE:                    :

DIAHANN C. CHINA     :  Case No. 24-11965
                       :  Chapter 13

          Debtor     :

..............................................................................................................

REGIONAL ACCEPTANCE    :
CORPORATION           :
P.O. Box 1847            :
Wilson, NC 27894       :

          Movant     :

    vs.                :

DIAHANN C. CHINA     :

          Respondent  :

..............................................................................................................

## POST-PETITION PAYMENT HISTORY

Bankruptcy Filed 03/08/2024

Post-Petition Payments Due

| Date | Amount | Paid |
|------|--------|------|

\*See attached exhibit – Post- Petition Payment History

Z:\Regional Acceptance Bankruptcy\2024\China, Diahann\POST-PETITION PAYMENT HISTORY (RAC).doc

7/29/2024

# Post-Petition Payment History

| Case Name: | China |
|---|---|
| Case #: | 24-11965 |
| Date Filed: | 3/8/2024 |
| Last 4 of Acct.#: | 5535 |

| Due Date | Amount Due | Date Paid | Amount Paid |
|---|---|---|---|
| 4/8/24 | $977.84 | | |
| 5/8/24 | $977.84 | | |
| 6/8/24 | $977.84 | | |
| 7/8/24 | $977.84 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Due:** | **$3,911.36** | **Total Paid:** | **$0.00** |

**Total Accumulated Late Charges/Fees:**     $0.00

*(Post-petition payment paid beyond grace period)*

**Total Pre-Petition arrearage if _not_ paid inside plan:**

*(enter "0" if no pre-petition arrears or if these arrears are paid inside the plan)*

***Total delinquency:***     ***$3,911.36***

[-Restricted-]                                             Page 1